UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE A. RUIZ-MORALES,<br>    Defendant. | ) Criminal No. 05-cr-10109-WGY<br>)<br>)<br>) 21 U.S.C. § 846 - Conspiracy To<br>) Possess With Intent To<br>) Distribute And To Distribute<br>) Cocaine<br>)<br>) 21 U.S.C. §841(a)(1) -<br>) Possession Of Cocaine With<br>) Intent To Distribute<br>)<br>) 18 U.S.C. § 2 - Aiding and<br>) Abetting<br>) |

**INFORMATION**

The United States Attorney charges that:

**COUNT ONE:** (21 U.S.C. § 846 - Conspiracy To Distribute And To Possess With Intent To Distribute Cocaine).

From an unknown date but at least by in or about January 2001 and continuing until on or about July 24, 2003, at Medford, Salem, Peabody, and elsewhere in the District of Massachusetts and elsewhere,

**JOSE A. RUIZ-MORALES**

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown to the United States, to distribute and to possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1).

It is further alleged that this offense involved at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, § 841(b)(1)(A)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO**:  (21 U.S.C. § 841(a)(1) - Possession Of Cocaine With Intent To Distribute; 18 U.S.C. § 2 - Aiding and Abetting).

The United States Attorney further charges that:

On or about July 24, 2004, at Medford, Salem, Peabody, and elsewhere in the District of Massachusetts,

**JOSE A. RUIZ-MORALES**

defendant herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, § 841(b)(1)(A)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**MICHAEL J. SULLIVAN**
United States Attorney

By: *[signature]*
Neil J. Gallagher, Jr.
Assistant U.S. Attorney

DATED:   April 20, 2005

≋JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                 **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** DEA/MSP

**City** Medford, Peabody, Salem   **Related Case Information:**

**County** Middlesex, Essex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JOSE A. RUIZ-MORALES     Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  21 Beacon Hill Avenue, Lynn, MA

Birth date (Year only): 1971   SSN (last 4 #): ____   Sex M   Race: Hispanic   Nationality: Dom. Rep.

**Defense Counsel if known:**  Unknown     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher     Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No     List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody  Cambridge Jail   ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☒ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/20/05     Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE A. RUIZ-MORALES

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | Conspiracy to Distribute Cocaine | 1 |
| Set 2  21 USC 841(a)(1) | Possession With Intent to Distribute Cocaine | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**