Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 05-CR-10109-WGY |
| ) | |
| JOSE A. RUIZ-MORALES    ) | |

## WAIVER OF INDICTMENT

I, **JOSE A. RUIZ-MORALES**, the above-named defendant, who is accused of conspiracy to distribute cocaine and possession with intent to distribute cocaine on July 24, 2003, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on December 20, 2005 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

JOSE RUIZ
Defendant

Counsel for the Defendant
Leslie Feldman-Rumpler

Before: _____
Judicial Officer

