AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

------- **DISTRICT OF** MASSACHUSETTS -------

UNITED STATES OF AMERICA

V.

JOSE A. RUIZ-MORALES

## WARRANT FOR ARREST

CASE NUMBER: *05-CR-10109-WGY*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ——— JOSE A. RUIZ-MORALES
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [X] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine and with Possession With Intent to Distribute Cocaine

in violation of
Title       21       United States Code, Section(s)       841(a)(1) and 846

Name of Issuing Officer _Theresa Catino_          Title of Issuing Officer _Deputy Clerk_

Signature of Issuing Officer _Theresa Catino_     Date and Location _4-20-05 Boston, MA_

Bail fixed at $ _____          by _____
                                    Name of Judicial Officer

| RETURN |
|--------|
| This warrant was received and executed with the arrest of the above-named defendant at |

WARRANT EXECUTED BY
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.