UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his

deputies, and to:   WARDEN PLYMOUTH COUNTY HOUSE OF CORRECTION

YOU ARE COMMANDED to have the body of   JOSE RUIZ MORALES                now in your custody, before

the United States District Court for the District of Massachusetts, United States Courthouse  1 Courthouse Way,Boston,

MA, Courtroom  No.    18 ,  on the    5 floor, Boston, Massachusetts on     MON JAN. 9, 2006,  at 2:00  pM.

for the purpose of  RULE 11 HEARING

in the case of       UNITED STATES OF AMERICA V.   JOSE RUIZ MORALES

CR Number   05-10109-WGY

        And you are to retain the body of said  JOSE RUIZ MORALES  while before said Court upon said day and

upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter

to return said  JOSE RUIZ MORALES  to the institution from which he was taken, under safe and secure conduct, to

be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this

Writ with your doings herein.

Dated this 6 day JAN.of, 2006_  .

/s/ William G. Young

_____
UNITED STATES DISTRICT JUDGE

                                        SARAH A. THORNTON, CLERK

                                                /s/ Elizabeth Smith
                                        By:_____
                        SEAL                    Deputy Clerk

(Habcorp.wrt - 10/96)                                        [kwhcap.] or
                                                            [kwhcat.]