```
1                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
2
                                          Criminal No.
3                                         05-10109-WGY

4
     * * * * * * * * * * * * * * * *
5                                   *
     UNITED STATES OF AMERICA       *
6                                   *
     v.                             *   CHANGE OF PLEA
7                                   *
     JOSE A. RUIZ-MORALES           *
8                                   *
     * * * * * * * * * * * * * * * *
9

10
              BEFORE:  The Honorable William G. Young,
11                          District Judge

12

13

14

15   APPEARANCES:

16         NEIL J. GALLAGHER, JR., Assistant United
     States Attorney, 1 Courthouse Way, Suite 9200,
17   Boston, Massachusetts 02210, on behalf of the
     Government
18

19         LAW OFFICE OF FELDMAN-RUMPLER (By Leslie
     Feldman-Rumpler, Esq.), 101 Tremont Street, Suite
20   708, Boston, Massachusetts 02108, on behalf of the
     Defendant
21

22         GABRIEL HADAD, Court Interpreter

23

24                                    1 Courthouse Way
                                      Boston, Massachusetts
25
                                      January 9, 2005
```