AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF   MASSACHUSETTS

United States of America

**v.**

Jose A. Ruiz-Morales,

Defendant

**APPEARANCE**

Case Number:   05-10109-WGY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   the United States of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| March 27, 2006 | s/s Dina Michael Chaitowitz |
| Date | Signature |

| Print Name | | Bar Number |
|---|---|---|
| Dina Michael Chaitowitz, Assistant US Attorney | | |
| Address | | |

| 1 Courthouse Way, | MA | 02210 |
|---|---|---|
| City | State | Zip Code |

| 617-748-3361 | 617-748-3951 |
|---|---|
| Phone Number | Fax Number |