UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | NO. 05-10109-WGY |
| JOSE A. RUIZ-MORALES, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM

YOUNG, D.J.                                                April 5, 2006

The Court expresses its appreciation to the government for advising it of the government's proposed schedule and clarifying the government's position regarding the Court's standing order on sentencing enhancements. The Court reaffirms its ruling on the government's motion to reconsider.

While it is not presently provident to respond in detail to the government's characterizations, it must be apparent that the Court considers them inapt and inaccurate.

Finally, it is appropriate to urge the government to reflect on the wisdom of commencing such collateral mandamus litigation before the Court has compiled a full record and sentenced the offender. It would appear that all the government's concerns adequately can be addressed in an orderly post final-judgment

appeal. Moreover, even were the Court and the parties to set aside the compelling constitutional considerations, if the government is genuinely concerned about its ability efficiently to negotiate plea bargains, it ought reflect on whether its "all or nothing" approach will, in fact, further the goals it seeks.

/s/ William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE