**LESLIE FELDMAN-RUMPLER**

Attorney-at-Law
101 Tremont Street, Suite 708
Boston, Massachuestts 02108

(617) 728-9944   Telephone
Lfeldmanr@aol.com   E-mail


April 24, 2006

The Honorable William G. Young
United States District Court
One Courthouse Way, Suite 5710
Boston, MA 02210

Re:   <u>United States v. Jose Ruiz-Morales</u>
      Docket No. 05-CR-10109-WGY

Dear Judge Young:

    I write to notify the Court that my client wishes to waive any right he may have to a jury trial on the sentence-enhancing issue of the gun in the above-referenced case.

    Mr. Ruiz-Morales wishes to proceed with his sentencing hearing as scheduled. His position with respect to the facts has not changed, but he has reached a decision that he cannot wait for this issue to work its way through the appellate process.

    The defendant is requesting a full evidentiary hearing on the gun issue, but the defendant is asking the Court to hear the evidence without a jury.

                                               Sincerely,

                                      /s/Leslie Feldman-Rumpler
                                      Leslie Feldman-Rumpler

cc: AUSA Neil Gallagher