```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
v.                            )    Criminal No. 05-10109-WGY
                              )
JOSE A. RUIZ-MORALES,         )
          Defendant           )
```

**GOVERNMENT'S NOTICE REGARDING PETITION FOR MANDAMUS**

The government writes to advise the Court that given the defendant's April 24, 2006 letter to the Court stating that he "wishes to waive any right he may have to a jury trial" on the applicability of USSG §2D1.1(b)(1), the government will not be filing a petition for a writ of mandamus to obtain a ruling from the Court of Appeals that a district court may not empanel a jury to litigate Sentencing Guideline issues.

Though the government will not be filing a petition for a writ of mandamus in this case, it should be clear that its position on the availability of jury trials to litigate Sentencing Guideline issues has not changed (in its view, a district court may not empanel a jury to litigate Guideline issues) and that it believes that the Court must resolve the sentencing issues in this case applying the preponderance-of-evidence standard.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                         By:/s/Dina Michael Chaitowitz
                         DINA MICHAEL CHAITOWITZ
                         Chief of Appeals
```

1

<u>Certificate of Service</u>

I, Dina Michael Chaitowitz, AUSA, hereby certify that on May 3, 2006, this notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

By:<u>/s/Dina Michael Chaitowitz</u>
DINA MICHAEL CHAITOWITZ
Chief of Appeals