```
1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
2
                                              Criminal No.
3                                             05-10109-WGY

4
     * * * * * * * * * * * * * * * *
5                                  *
     UNITED STATES OF AMERICA      *
6                                  *
     v.                            *   DISPOSITION
7                                  *
     JOSE A. RUIZ-MORALES          *
8                                  *
     * * * * * * * * * * * * * * * *
9

10
              BEFORE:   The Honorable William G. Young,
11                              District Judge

12

13

14

15   APPEARANCES:

16          NEIL J. GALLAGHER, JR., Assistant United
        States Attorney, 1 Courthouse Way, Suite 9200,
17      Boston, Massachusetts 02210, on behalf of the
        Government
18

19          LAW OFFICE OF FELDMAN-RUMPLER (By Leslie
        Feldman-Rumpler, Esq.), 101 Tremont Street, Suite
20      708, Boston, Massachusetts 02108, on behalf of the
        Defendant
21

22          GABRIEL HADAD, Court Interpreter

23

24                                       1 Courthouse Way
                                         Boston, Massachusetts
25
                                         May 9, 2006
```