IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
            v.              )         05-CR-10109-WGY
                            )
JOSE A. RUIZ-MORALES        )
                            )

**MOTION FOR EXTENSION OF TIME TO
FILE OPPOSITION TO DEFENDANT'S MOTION TO VACATE, SET ASIDE
AND CORRECT SENTENCE FILED PURSUANT TO 28 U.S.C. Sec. 2255**

The United States respectfully moves this Court for an extension of time until July 30, 2007 to file a response to defendant's motion to vacate, set aside, and correct sentence filed by the defendant *pro se* pursuant to 28 U.S.C. Sec. 2255.

Respectfully Submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Neil J. Gallagher, Jr.
    Neil J. Gallagher, Jr.
    Assistant U.S. Attorney

Date Submitted: May 1, 2007

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

/s/ Neil J. Gallagher, Jr.
Neil J. Gallagher, Jr.

1