✎AO 458 (Rev.  USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

**DISTRICT OF**                          **MASSACHUSETTS**

**United States of America**                          **WITHDRAWAL OF APPEARANCE**

**v.**

**Jose A. Ruiz-Morales**                          **Case Number:    05-10109-WGY**

**To the Clerk of this court and all parties of record:**

**Enter this as a Withdrawal of Appearance for Dina M. Chaitowitz, Assistant U.S. Attorney for the District of Massachusetts.**

**I certify that I am admitted to practice in this court.**

| | |
|---|---|
| **5/3/07** | **s/*Dina M. Chaitowitz,*** |
| **Date** | **Signature** |
| | **Dina M. Chaitowitz** |
| | **Print Name**                          **Bar** |
| | **US Attorneys Office, One Courthouse Way** |
| | **Address** |
| | **Boston**          **MA**     **02127** |
| | **City**                **State**           **Zip Code** |
| | **617-748-3255**          **617-748-3951** |
| | **Phone Number**                          **Fax** |