Jose A. Ruiz-Morales
Reg. No. 29534-038
M.V.C.C., Unit D-5
555 I Cornell Drive
Philipsburg, Pa 16866


July 14, 2008


Office of the Clerk
U.S. District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Ma 02210


RE: **USA v. JOSE A. RUIZ-MORALES**, Case No. 05CR10109-WGY


Dear Clerk:

    I am writing to you in the efforts to obtain a copy of my indictment, plea agreement ect... for my records and purpose of review. I will forward any funds required by your office.

    In addition, I would like to obtain the address of the Court Reporter so I could order copies of my change of plea transcripts and sentencing transcripts.

    Thanking you in advance for your time and cooperation in to this request.


Respectfully yours,

*Jose Ruiz*
Jose A. Ruiz-Morales,